2010–0344. State v. Jones.

Summit C.P. No. CR–2007–04–1294. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Summit County. Upon consideration of appellant's motion for new attorneys to be appointed for the direct appeal,

It is ordered by the court that the motion is denied.

## DISCIPLINARY CASES

2009–1145. Cleveland Metro. Bar Assn. v. Nance.

It is ordered by this court, sua sponte, that Donald S. Nance, Attorney Registration No. 0034086, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of November 19, 2009, to wit: failure to file an affidavit of compliance on or before December 21, 2009, and failure to pay board costs in the amount of $1,621.28 on or before February 17, 2010.

2009–1535. Cleveland Metro. Bar Assn. v. Kealy.

It is ordered by this court, sua sponte, that John C. Kealy, Attorney Registration No. 0031331, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of April 12, 2010, to wit: failure to surrender his attorney-registration card and failure to file an affidavit of compliance on or before May 12, 2010, or July 19, 2010.

2009–1544. Disciplinary Counsel v. Nicks.

It is ordered by this court, sua sponte, that J. Michael Nicks, Attorney Registration No. 0073608, last known business address in Galena, Ohio, is found in contempt for failure to comply with this court's order of February 25, 2010, to wit: failure to file an affidavit of compliance on or before March 29, 2010.

## CASE ANNOUNCEMENTS

*August 5, 2010*

[Cite as *08/05/2010 Case Announcements*, 2010-Ohio-3583.]

## MOTION AND PROCEDURAL RULINGS

1990–1927. State v. Lorraine.

Trumbull App. No. 3838. This cause came on for further consideration upon the filing of Luigia Tenuta's *motion for extraordinary consideration of fees/expenses and application for attorney fees.*

It is ordered by the court that the motion is denied and the application for attorney fees is denied.

2009–2310. Dialysis Clinic, Inc. v. Levin.

Board of Tax Appeals, No. 2006–V–2389. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the motion of amici curiae Ohio School Boards Association et al. to participate in oral argument, scheduled for August 10, 2010, on behalf of the appellee, and the motion of amicus curiae Ohio Hospital Association to participate in oral argument on behalf of the appellant,

It is ordered by the court that the motions are granted, and amici curiae shall share the time allotted to appellee and appellant.

## MISCELLANEOUS DISMISSALS